Charles Crowder, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.

Assumpsit to recover for labor and material furnished in painting building. Judgment for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1919. Reversed and remanded. Opinion filed October 21, 1919.

George B. and George M. Gillespie, for appellant; Frank L. Littleton and Vause & Kiger, of counsel. T. N. Cofer, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.